UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEYEDEH NAZANIN KHATAMI, et al.,
Plaintiffs,
v.
JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services, et al.,
Defendants.

Case No.: 25-CV-1560 JLS (BLM)

**ORDER DISMISSING CASE**

(ECF No. 19)

Presently before the Court is Plaintiffs' Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) ("Vol. Dismissal," ECF No. 19). On July 12, 2026, Plaintiff indicated to the Court that "[p]ursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiffs, through counsel, hereby dismiss without prejudice all claims made in their complaint against DEFENDANTS." Vol. Dismissal at 1. Plaintiff then stated, "The remaining Plaintiffs in this action do not dismiss their claims at this time." *Id.*

While unclear, the Court understands Plaintiffs' Notice of Voluntary Dismissal to apply to both Plaintiffs, Seyedeh Nazanin Khatami and Arman Mohseni Kabir.[1] Therefore,

[1] If the Court misunderstands Plaintiffs' Notice, Plaintiff may file a motion to reopen the case and clarify which Plaintiffs will continue the suit.

Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 14, 2026

Hon. Janis L. Sammartino
United States District Judge